IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARNELL CROSBY,

    Plaintiff,       1: 09 CV 00519 LJO YNP GSA (PC)

    vs.       ORDER DISMISSING ACTION

J. GARZA, et al.,

    Defendants.

On July 28, 2009, an order was entered, dismissing the complaint for failure to state a claim and granting Plaintiff leave to file an amended complaint. On September 2, 2009, Plaintiff filed a motion to voluntarily dismiss this action. Plaintiff seeks to dismiss this action, without prejudice, on his own motion in order to avoid a "strike" within the meaning of 28 U.S.C.§ 1915(g). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may dismiss this action on his own motion so long as a responsive pleading has not been filed. There has been no service of process and no defendant has entered an appearance.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:**   **September 8, 2009**      /s/ Lawrence J. O'Neill
    UNITED STATES DISTRICT JUDGE